841 F.2d 1122
 Cuthbertson (Carl L.), Johnson (Fred, Jr.), Gregory
(Calvin), Little (James H.), Clay (John), Worthy (Brown T.),
Baldwin (James W.), Campbell (Bobby), Anderson (Jimmie),
Hicks (Eddie), Gill (James), Mainor (Thuemain), Neal
(Charles), Robinson (Hendrick), Frazier (Willie, Jr.),
v.
Biggers Brothers, Inc.
 NO. 86-1683
 United States Court of Appeals,
Fourth Circuit.
 FEB 22, 1988
 
 1
 Appeal From: W.D.N.C.
 
 
 2
 AFFIRMED.